Fredalyn T. (Gentry)
SIMMONS, Respondent,

v.

William E. SIMMONS, Appellant.

No. WD 42574.

Missouri Court of Appeals,
Western District.

Nov. 13, 1990.

William E. Simmons, Clinton, pro se.

Fredalyn T. Gentry, Blue Springs, pro se.

Before SHANGLER, Acting P.J., and
MANFORD and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from an order that denied the motion of the father to modify the dissolution decree to change custody of the child from the mother to the father.

Judgment is affirmed.   Rule 84.16(b).

Marlon T. PRICE, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43236.

Missouri Court of Appeals,
Western District.

Nov. 13, 1990.

Larry C. Pace, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and
SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Judgment affirmed.   Rule 84.16(b).